tax imposed by the state of Pennsylvania by the acts of assembly referred to is a tax imposed upon the property of the individual stockholders, and not upon either the corporation or its property, and because of this the amount of payment is not to be deducted from the gross income of the corporation in determining the taxable net income. This is based upon the rulings in the cases above cited.

The rule for judgment is therefore discharged.

---

## PENNSYLVANIA CO. FOR INSURANCES ON LIVES AND GRANTING ANNUITIES v. McCOACH.

(District Court, E. D. Pennsylvania.   July 14, 1914.)

### No. 2418.

Action by the Pennsylvania Company for Insurances on Lives and Granting Annuities against William McCoach, late Collector of Internal Revenue for the First District of Pennsylvania. On rule for judgment for want of sufficient affidavit of defense. Judgment for defendant.

James Wilson Bayard and John G. Johnson, both of Philadelphia, Pa., for plaintiff.

Edwin S. Kremp, Asst. U. S. Atty., of Reading, Pa., and Francis Fisher Kane, U. S. Atty., of Philadelphia, Pa., for defendant.

DICKINSON, District Judge. This case was argued with the case of Northern Trust Co. v. Same Defendant, 215 Fed. 991, along with several other cases, all involving the same question.

For the reasons stated in the opinion filed in the Northern Trust Company Case, the rule for judgment in the above case is discharged.

---

## PHILADELPHIA TRUST, SAFE DEPOSIT & INS. CO. v. McCOACH.

(District Court, E. D. Pennsylvania.   July 14, 1914.)

### No. 2436.

Action by the Philadelphia Trust, Safe Deposit & Insurance Company against William McCoach, late Collector of Internal Revenue for the First District of Pennsylvania. On rule for judgment for want of sufficient affidavit of defense. Judgment for defendant.

James Wilson Bayard and John G. Johnson, both of Philadelphia, Pa., for plaintiff.

Edwin S. Kremp, Asst. U. S. Atty., of Reading, Pa., and Francis Fisher Kane, U. S. Atty., of Philadelphia, Pa., for defendant.

DICKINSON, District Judge. This case was argued with the case of Northern Trust Co. v. Same Defendant, 215 Fed. 991, along with several other cases, all involving the same question.

For the reasons stated in the opinion filed in the Northern Trust Company Case, the rule for judgment in the above case is discharged.